# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CESSANADAKHA JAHISH ISRAEL**                                                        **PLAINTIFF**

v.                              Case No. 4:24-cv-00038-KGB

**DUANE EDWARD FENNER,** *et al.*                                                     **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff CessanadaKha Jahish Israel's complaint is dismissed without prejudice (Dkt. No. 1). The relief sought is denied. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

It is so adjudged this the 12th day of April, 2024.

_____
Kristine G. Baker
Chief United States District Judge